**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Alexandria Iron & Supply Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-0636931** |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **711 Arial Street** **Alexandria, LA 71302** | **P.O. Box 2026** **Alexandria, LA 71309** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Rapides** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL)  _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

18-80408 - #1  File 04/20/18  Enter 04/20/18 13:55:54  Main Document   Pg 1 of 39

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____
                          Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.   Insurance agency _____

              Contact name _____

              Phone _____

---

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

18-80408 - #1   File 04/20/18   Enter 04/20/18 13:55:54   Main Document   Pg 3 of 39

| Debtor | **Alexandria Iron & Supply Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2018**
                MM / DD / YYYY

**X** **/s/ Andrew Bindursky**                    **Andrew Bindursky**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Bradley L. Drell**                    Date **April 19, 2018**
Signature of attorney for debtor                MM / DD / YYYY

**Bradley L. Drell 24387**
Printed name

**Gold, Weems, Bruser, Sues & Rundell**
Firm name

**POB 6118**
**Alexandria, LA 71307-6118**
Number, Street, City, State & ZIP Code

Contact phone    **(318)445-6471**    Email address

**24387 LA**
Bar number and State

Debtor name    **Alexandria Iron & Supply Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2018**      *X* **/s/ Andrew Bindursky**
                                                  Signature of individual signing on behalf of debtor

                                                  **Andrew Bindursky**
                                                  Printed name

                                                  **President**
                                                  Position or relationship to debtor

Debtor name    **Alexandria Iron & Supply Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................    $     **60,550.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $     **256,092.36**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $     **316,642.36**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **83,798.95**

4.   **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b     $     **83,798.95**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name    **Alexandria Iron & Supply Corporation** |
| United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Red River Bank** | **Checking** | **8715** | $12,114.21 |
| 3.2. | **Red River Bank** | **Checking** | **9552** | $13,893.05 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$26,007.26**

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 11a. 90 days old or less: | 31,990.10 | - | 31,155.00 | = .... | $835.10 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $835.10 |
|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture**<br>**5th Street location**<br><br>**(Questions 39, 41, 47 and 55 - A DEPRECIATION SCHEDULE HAS BEEN ATTACHED FOR ALL EQUIPMENT/BUILDINGS/FURNITURE AND FIXTURES/MACHINERY)** | $0.00 | | $600.00 |
| **7th Street location** | $0.00 | | $500.00 |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software**<br>**5th Street location - Equipment and Appliances** | $0.00 | | $1,300.00 |
| **7th Street location - Equipment and** | $0.00 | | $1,650.00 |

**Appliances**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                   **$4,050.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **1987 Pine - Van Line Trailer**<br>     **VIN # PNV532S3HKA27002** | **$400.00** | | **$400.00** |
| 47.2.   **1974 Frue - Open Top Trailer**<br>     **VIN # MES418904** | **$500.00** | | **$500.00** |
| 47.3.   **1954 Hobb - Open Top Trailer**<br>     **VIN # TR19009** | **$500.00** | | **$500.00** |
| 47.4.   **1977 Frue-Open Top Trailer Trailer**<br>     **VIN # FWY217806** | **$500.00** | | **$500.00** |
| 47.5.   **1971 Deta-Open Top Trailer**<br>     **VIN # 1319** | **$500.00** | | **$500.00** |
| 47.6.   **1987 Mack-Bin Truck**<br>     **VIN # 1M2B120C3HA061002** | **$750.00** | | **$750.00** |
| 47.7.   **1999 Intl-White Truck**<br>     **VIN # 2HSFHAMR6XC025089** | **$1,000.00** | | **$1,000.00** |
| 47.8.   **1986 Prentice 180 Loader (Equipment)**<br>     **VIN # 180B-731650** | **$3,500.00** | | **$3,500.00** |

| | | | |
|---|---|---|---|
| 47.9. | **John Deere - 690B (Equipment)**<br>**VIN # 690BA003188** | $4,000.00 | $4,000.00 |
| 47.10. | **1984 Prentice Crane-Self Propelled (Equipment)**<br>**VIN #** | $1,750.00 | $1,750.00 |
| 47.11. | **Taylor Forklift (Equipment)**<br>**VIN # S-15-10151** | $1,500.00 | $1,500.00 |
| 47.12. | **1997 MCLA-Green-Open Top Trailer**<br>**VIN # 1M9BD5020V2309066** | $2,000.00 | $2,000.00 |
| 47.13. | **1974 Dorsey-Open Top Trailer**<br>**VIN # 110456** | $2,000.00 | $2,000.00 |
| 47.14. | **1990 Lufkin-Grey-Open Top Trailer**<br>**VIN # 1L01B5027L1089496** | $2,000.00 | $2,000.00 |
| 47.15. | **2009 BNLE-Roll off Trailer**<br>**VIN # 1B9A1262X9B180344** | $20,000.00 | $20,000.00 |
| 47.16. | **1972 AMC - Open Top Trailer**<br>**VIN # AMC5316** | $500.00 | $500.00 |
| 47.17. | **1986 Lufk Flat Bed Trailer**<br>**VIN # 1L01B452XG1070997** | $2,000.00 | $2,000.00 |
| 47.18. | **2000 FRHT - Red & White Truck**<br>**VIN # 1FUYDSEB5YLA73819** | $3,500.00 | $3,500.00 |
| 47.19. | **2001 Strg - White**<br>**VIN # 2FWYHWEB31AF10537** | $6,000.00 | $6,000.00 |
| 47.20. | **2002 Huskey Loader (Equipment)**<br>**Model XL 235**<br>**Serial # 8591** | $10,000.00 | $10,000.00 |
| 47.21. | **1992 Cat Forklift (Equipment)**<br>**Model T50DSA**<br>**Serial #** | $2,000.00 | $2,000.00 |
| 47.22. | **2000 Mitsib. Forklift (Equipment)**<br>**Model FG-C18LP**<br>**Serial #** | $2,000.00 | $2,000.00 |
| 47.23. | **Clark Forklift (Equipment)**<br>**Model CMP30**<br>**Serial # CMP230L-237-9773** | $12,500.00 | $12,500.00 |

| | | | |
|---|---|---|---|
| 47.24 · | **2005 CAT Excavator (Equipment) Model 324CL Serial # BFE01854** | **$75,000.00** | **$75,000.00** |
| 47.25 · | **Truck Scales (Equipment) - part of building - cannot be sold separately** | **$0.00** | **$35,000.00** |
| 47.26 · | **2008 Husky Loaker Self Propelled (Equipment) Model XL 245 Serial # 8780** | **$7,500.00** | **$7,500.00** |
| 47.27 · | **2005 Case EQ586G Forklift (Equipment) Serial # JJG0292842** | **$10,000.00** | **$10,000.00** |
| 47.28 · | **LA Bounty Shear (Attachment for 2005 CAT) (Equipment) Model # MSD116 Serial # 116715** | **$300.00** | **$300.00** |
| 47.29 · | **Overhead Crane - Bldg 2 Maintenance Shop (Equipment)** | **$2,000.00** | **$2,000.00** |
| 47.30 · | **Overhead Crane - Bldg 3 New Steel Warehouse (Equipment)** | **$3,000.00** | **$3,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment) 26 roll off containers located on various properties in Central LA. Value of $500.00 each. (26 x $500.00 = $13,000) (List of locations of each of the containers is attached to the Petition)**      **$13,000.00**      **$13,000.00**

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.      **$225,200.00**

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Alexandria Iron & Supply Corporation | Case number (If known) |
|---|---|---|
| | Name | |

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **615 Willow Glen River Rd. Alexandria, LA (6.92 acres)** | | $10,200.00 | | $10,200.00 |
| 55.2. **627 Ariail St. Alexandria, LA (Lots 1, 2, 3 and 4)** | | $4,300.00 | | $4,300.00 |
| 55.3. **0 Seventh Street Alexandria, LA (Lot 2 and adjacent 1/2 of Lot 3)** | | $1,100.00 | | $1,100.00 |
| 55.4. **0 Seventh Street Alexandria, LA (W2 of Lot 3)** | | $600.00 | | $600.00 |
| 55.5. **0 Maple Street Alexandria, LA (2.15 acres)** | | $10,750.00 | | $10,750.00 |
| 55.6. **0 Maple Street Alexandria, LA (1.38 acres)** | | $1,700.00 | | $1,700.00 |
| 55.7. **0 Ninth Street Alexandria, LA (Lot 7)** | | $8,600.00 | | $8,600.00 |
| 55.8. **1904 Third St. Alexandria, LA (1.13 acres)** | | $3,700.00 | | $3,700.00 |
| 55.9. **0 Ariail St. Alexandria, LA (Lot 129.82)** | | $9,100.00 | | $9,100.00 |

| 55.10 | **3.74 Acres, Rock** | | | | |
| . | **Island Subdivision** | | $3,800.00 | | $3,800.00 |

| 55.11 | **0 Ariail St.** | | | | |
| . | **Alexandria, LA** | | | | |
| | **(Lot FRTG 95)** | | $400.00 | | $400.00 |

| 55.12 | **0 Fifth Street** | | | | |
| . | **Alexandria, LA** | | | | |
| | **(Lot 388)** | | $6,300.00 | | $6,300.00 |

56.    **Total of Part 9.**                                                    | $60,550.00 |

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☐ No
     ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

| Debtor | **Alexandria Iron & Supply Corporation** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$26,007.26** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$835.10** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$4,050.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$225,200.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$60,550.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$256,092.36** | + 91b. **$60,550.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$316,642.36** |

**Fill in this information to identify the case:**

Debtor name     **Alexandria Iron & Supply Corporation**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name    **Alexandria Iron & Supply Corporation**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☒ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.20** |
|---|---|---|---|
| | **Alexandria Zoo** | ☐ Contingent | |
| | **3016 Masonic Drive** | ☐ Unliquidated | |
| | **Alexandria, LA 71301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$536.80** |
|---|---|---|---|
| | **Baker Mfg. Co.** | ☐ Contingent | |
| | **P.O. Box 4120** | ☐ Unliquidated | |
| | **Pineville, LA 71361** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209.74** |
|---|---|---|---|
| | **Bumper to Bumper** | ☐ Contingent | |
| | **3711 S. Macarthur** | ☐ Unliquidated | |
| | **Alexandria, LA 71302** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:   Trade Debt | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,862.54** |
|---|---|---|---|
| | **City of Alex Purchasing Dept** | ☐ Contingent | |
| | **P.O. Box 71** | ☐ Unliquidated | |
| | **Alexandria, LA 71309-0071** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:   Trade Debt | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $586.95 |
|---|---|---|---|

**CLTCC / Oakdale**
**117 LA Hwy 1152**
**Oakdale, LA 71463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.60 |
|---|---|---|---|

**Dar Pro Solutions**
**P.O. Box 237**
**Holden, LA 70744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,633.92 |
|---|---|---|---|

**Diamond B Construction**
**P.O. Box 7177**
**Alexandria, LA 71306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,699.46 |
|---|---|---|---|

**DIS-TRAN**
**P.O. Box 5109**
**Alexandria, LA 71307-5109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $846.42 |
|---|---|---|---|

**Enlink Lig, LLC (SC)**
**8090 Hwy 3128**
**Pineville, LA 71360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Environmental Protection Agency**
**Region 6**
**Fountain Pl. 12th Fl, Ste 1200**
**1445 Ross Avenue**
**Dallas, TX 75202-2733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,731.50 |
|---|---|---|---|

**FCC Oakdale**
**1507 East Whatley Road**
**Oakdale, LA 71463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Scrap sold**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$671.22** |

**Ferrell Gas**
P.O. Box 179340
Denver, CO 80217-3940

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$320.53** |

**Grant Tire & Service Inc #54**
629 N Third Street
Alexandria, LA 71301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70.00** |

**Injury Management Specialists**
P.O. Box 13223
Alexandria, LA 71315

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LA Dept of Environmental Quality**
Office of Environmental Complian
P.O. Box 4312
Baton Rouge, LA 70821-4312

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.64** |

**Lamar Slater Vo Tech**
Rt 2 Box 25 Hwy 1715
Leesville, LA 71446

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$625.90** |

**Lott Oil Company, Inc.**
1855 South Drive
Natchitoches, LA 71457

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$881.57** |

**Louisiana Lift & Equipment, Inc.**
P.O. Box 3869
Shreveport, LA 71133-3869

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $396.34 |
|---|---|---|---|

**Martin Marietta - Jena**
**210 TXI Rd.**
**Trout, LA 71371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,951.00 |
|---|---|---|---|

**Martin Marietta - Woodworth**
**9910 US 165 S**
**Woodworth, LA 71485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $394.50 |
|---|---|---|---|

**McQuillin & Guillory**
**1640 LA-456**
**Lecompte, LA 71346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147.90 |
|---|---|---|---|

**Music Mountain Water Company**
**P.O. Box 2252**
**Birmingham, AL 35246-0051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.97 |
|---|---|---|---|

**nexAir**
**P.O. Box 125**
**Memphis, TN 38101-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.14 |
|---|---|---|---|

**Northeast Truck and Trailer Part**
**3100 Baldwin Ave**
**Alexandria, LA 71301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Northside Towing**
**541 N Third Street**
**Alexandria, LA 71301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
| --- | --- | --- | --- |
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$339.20** |
| | **Oakdale Motors, Inc.** | ☐ Contingent | |
| | **P.O. Box 606** | ☐ Unliquidated | |
| | **Oakdale, LA 71463** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$842.85** |
| | **Pine Bluff Sand & Gravel** | ☐ Contingent | |
| | **2021 Site Rd.** | ☐ Unliquidated | |
| | **Alexandria, LA 71303** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,259.00** |
| | **Plastipak** | ☐ Contingent | |
| | **4101 Pardue Rd.** | ☐ Unliquidated | |
| | **Pineville, LA 71360** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,182.36** |
| | **Red Ball Oxygen** | ☐ Contingent | |
| | **P.O. Box 7316** | ☐ Unliquidated | |
| | **Shreveport, LA 71137-7316** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$435.51** |
| | **Suddenlink** | ☐ Contingent | |
| | **POB 660365** | ☐ Unliquidated | |
| | **Dallas, TX 75266** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **TCEQ** | ☐ Contingent | |
| | **P.O. Box 13087** | ☐ Unliquidated | |
| | **Austin, TX 78711-3087** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$596.70** |
| | **Turner Teleco - Alexandria** | ☐ Contingent | |
| | **P.O. Box 12965** | ☐ Unliquidated | |
| | **Alexandria, LA 71315-2965** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Alexandria Iron & Supply Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,398.30 |
|---|---|---|---|

**USP Pollock Safety Dept**
**1000 Airbase Rd.**
**Pollock, LA 71467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $320.07 |
|---|---|---|---|

**VanMol Tire & Equipment**
**222 Hwy. 456**
**Lecompte, LA 71346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $652.50 |
|---|---|---|---|

**Waste Connections Alexandria**
**1515 England Drive**
**Alexandria, LA 71303-4109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,100.43 |
|---|---|---|---|

**Wastequipt, Inc**
**5712 Third St.**
**Alexandria, LA 71302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Scrap sold__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,265.19 |
|---|---|---|---|

**WC of Louisiana**
**1515 England Dr.**
**Alexandria, LA 71303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 83,798.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 83,798.95 |

Fill in this information to identify the case:

Debtor name **Alexandria Iron & Supply Corporation**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Easement Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **SBA Towers, LLC**<br>**5900 Broken Sound Pkwy, NW**<br>**Boca Raton, FL 33487** |

Fill in this information to identify the case:

Debtor name **Alexandria Iron & Supply Corporation**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**  Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **Alexandria Iron & Supply Corporation**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$1,184,630.07** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,341,144.00** |
| **For the fiscal year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$2,315,542.86** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

18-80408 - #1   File 04/20/18   Enter 04/20/18 13:55:54   Main Document   Pg 24 of 39

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. **Sol's Pipe & Steel, Inc.**<br>P.O. Box 2407<br>Monroe, LA 71207 | 2/21/18 | $25,312.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Chemetco Site PRP Group vs. A Square Systems, Inc., et al.** 3:18-cv-00179-SMY-SCW | **Civil Action: 893 Enviornmental Matters** | **U.S. District Court Southern District of Illinois (East St. Louis)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. Payments related to bankruptcy
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gold Weems Bruser Sues & Rundell, APLC**<br>**P.O. Box 6118**<br>**Alexandria, LA 71307-6118** | | | **$8,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. Self-settled trusts of which the debtor is a beneficiary
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Alexandria Iron & Supply Corporation - Profit Sharing Plan and Trust** | EIN: **26-4546316** |

Has the plan been terminated?
☐ No
■ Yes

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Gold Metal Recyclers**<br>**4305 S. Lamar**<br>**Dallas, TX 75215** | **711 Arial Street**<br>**Alexandria, LA 71302** | **Can Machine** | **$15,000.00** |
| **IESI - Progressive Waste Solutions**<br>**8285 US-165**<br>**Alexandria, LA 71315** | **711 Arial Street**<br>**Alexandria, LA 71302** | | **$0.00** |

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☐ No.
    ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Alexandria Iron and Supply**<br>**711 Ariail Street**<br>**Alexandria, LA 71302** | **LA Dept of Environmental**<br>**Quality**<br>**Office of Environmental**<br>**Compliance**<br>**P.O. Box 4312**<br>**Baton Rouge, LA 70821-4312** | **R.S. 30:2021(I)** | **5/16/2011** |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
      ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Ladonna Weatherford**<br>**7049 Westwood Drive**<br>**El Paso, TX 79912** | **Bookkeeper 12/5/12**<br>**- present** |
| 26a.2.    **Paul Delaney, CPA**<br>**Lester, Miller & Wells**<br>**3600 Bayou Rapides**<br>**Alexandria, LA 71303** | **over 20 years -**<br>**present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
    within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
    statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ☐ No
- ☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Andrew Bindursky / Mike Dozar | 12/22/2017 and 2/22/2018 | Please see attached. |
| | **Name and address of the person who has possession of inventory records** | | |
| | Alexandria Iron & Supply Corporation<br>P.O. Box 2026<br>Alexandria, LA 71309 | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sally B. Finklea | 2400 Barton Hills Drive<br>Austin, TX 78704 | Shareholder | 4.9723757 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paula Bindursky | 504C Ansley Blvd<br>Alexandria, LA 71303 | Shareholder | 24.309392 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Bindursky | 725 Melrose Street<br>Pineville, LA 71360 | Shareholder | 38.121547 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Bindursky | 2807 Hill Street<br>Alexandria, LA 71301 | Shareholder | 32.596685 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☑ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☑ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
□ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

□ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Alexandria Iron & Supply Corporation Profit Sharing Plan and Trust (Account has been closed over 5 years)** | **EIN:   26-4546316** |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 19, 2018**

**/s/ Andrew Bindursky**                                    **Andrew Bindursky**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
□ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Alexandria Iron & Supply Corporation**          Case No. _____

Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **6243.00** |
    | Prior to the filing of this statement I have received | $ | **6243.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☑ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed PER HOUR FEE, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 19, 2018** | **/s/ Bradley L. Drell** |
| *Date* | **Bradley L. Drell 24387** |
| | *Signature of Attorney* |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471   Fax: (318)445-6476** |
| | *Name of law firm* |

Alexandria Zoo
3016 Masonic Drive
Alexandria, LA 71301


Baker Mfg. Co.
P.O. Box 4120
Pineville, LA 71361


Bumper to Bumper
3711 S. Macarthur
Alexandria, LA 71302


City of Alex Purchasing Dept
P.O. Box 71
Alexandria, LA 71309-0071


CLTCC / Oakdale
117 LA Hwy 1152
Oakdale, LA 71463


Dar Pro Solutions
P.O. Box 237
Holden, LA 70744


Diamond B Construction
P.O. Box 7177
Alexandria, LA 71306


DIS-TRAN
P.O. Box 5109
Alexandria, LA 71307-5109


Enlink Lig, LLC (SC)
8090 Hwy 3128
Pineville, LA 71360

Environmental Protection Agency
Region 6
Fountain Pl. 12th Fl, Ste 1200
1445 Ross Avenue
Dallas, TX 75202-2733


FCC Oakdale
1507 East Whatley Road
Oakdale, LA 71463


Ferrell Gas
P.O. Box 179340
Denver, CO 80217-3940


Gary D. Justis
Justis Law Firm, LLC
10955 Lowell Ave., Ste. 520
Overland Park, KS 66210


Grant Tire & Service Inc #54
629 N Third Street
Alexandria, LA 71301


Injury Management Specialists
P.O. Box 13223
Alexandria, LA 71315


LA Dept of Environmental Quality
Office of Environmental Complian
P.O. Box 4312
Baton Rouge, LA 70821-4312


Lamar Slater Vo Tech
Rt 2 Box 25 Hwy 1715
Leesville, LA 71446


Lott Oil Company, Inc.
1855 South Drive
Natchitoches, LA 71457

Louisiana Lift & Equipment, Inc.
P.O. Box 3869
Shreveport, LA 71133-3869


Louisiana Worker's Compensation
2237 S Acadiana Thurway
Baton Rouge, LA 70808


Martin Marietta - Jena
210 TXI Rd.
Trout, LA 71371


Martin Marietta - Woodworth
9910 US 165 S
Woodworth, LA 71485


Matthew T. Merryman
Justis Law Firm, LLC
10955 Lowell Ave., Ste. 520
Overland Park, KS 66210


McQuillin & Guillory
1640 LA-456
Lecompte, LA 71346


Music Mountain Water Company
P.O. Box 2252
Birmingham, AL 35246-0051


nexAir
P.O. Box 125
Memphis, TN 38101-0125


Northeast Truck and Trailer Part
3100 Baldwin Ave
Alexandria, LA 71301

Northside Towing
541 N Third Street
Alexandria, LA 71301


Oakdale Motors, Inc.
P.O. Box 606
Oakdale, LA 71463


Pine Bluff Sand & Gravel
2021 Site Rd.
Alexandria, LA 71303


Plastipak
4101 Pardue Rd.
Pineville, LA 71360


Rachel D. Guthrie
Justis Law Firm, LLC
10955 Lowell Ave., Ste. 520
Overland Park, KS 66210


Red Ball Oxygen
P.O. Box 7316
Shreveport, LA 71137-7316


SBA Towers, LLC
5900 Broken Sound Pkwy, NW
Boca Raton, FL 33487


Suddenlink
POB 660365
Dallas, TX 75266


TCEQ
P.O. Box 13087
Austin, TX 78711-3087

Turner Teleco - Alexandria
P.O. Box 12965
Alexandria, LA 71315-2965


USP Pollock Safety Dept
1000 Airbase Rd.
Pollock, LA 71467


VanMol Tire & Equipment
222 Hwy. 456
Lecompte, LA 71346


Waste Connections Alexandria
1515 England Drive
Alexandria, LA 71303-4109


Wastequipt, Inc
5712 Third St.
Alexandria, LA 71302


WC of Louisiana
1515 England Dr.
Alexandria, LA 71303

**United States Bankruptcy Court**

**Western District of Louisiana**

In re    **Alexandria Iron & Supply Corporation**            Case No. _____

Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 19, 2018** _____      **/s/ Andrew Bindursky** _____

                                                   **Andrew Bindursky/President**

                                                   Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Alexandria Iron & Supply Corporation**

_____

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Alexandria Iron & Supply Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 19, 2018**

_____

Date

**/s/ Bradley L. Drell**

_____

**Bradley L. Drell 24387**

Signature of Attorney or Litigant

Counsel for   **Alexandria Iron & Supply Corporation**

**Gold, Weems, Bruser, Sues & Rundell**
**POB 6118**
**Alexandria, LA 71307-6118**
**(318)445-6471 Fax:(318)445-6476**