# ALEXANDRIA IRON & SUPPLY CORPORATION
# RESOLUTION OF SHAREHOLDERS

The undersigned secretary of the duly called meeting of all of the shareholders of Alexandria Iron & Supply Corporation held on 6 February 2018 does hereby certify that the following resolution of the shareholders was passed by the affirmative vote of Andrew Bindursky, Paula Bindursky and Sally Bindursky Finklea. Shareholder Michael Bindursky voted against the resolution.

The number of shares in favor of the resolution was 223 and the number of shares against the resolution was 137.

Be it resolved that this corporation has adopted a plan of liquidation of the Alexandria Iron & Supply Corporation and authorizes the president to take appropriate action to file or cause to be filed a petition, and other appropriate documentation, for bankruptcy, as provided by federal law.

_____
Paula Bindursky
Secretary of meeting of shareholders

Signed this _16_ day of February 2018