UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: ALEXANDRIA IRON & SUPPLY CORPORATION        CASE NO. 18-80408

---

**AMENDMENT TO MOTION TO SELL AT PUBLIC AUCTION
IMMOVABLE PROPERTY OF THE ESTATE**

---

Now into Court, through undersigned counsel, comes the Trustee of the above matter who respectfully represents:

1.

The Trustee files this amendment to the Motion to Sell at Public Auction to correct Paragraph 24 of the same to state as follows:

24.

"The following are believed to have encumbrances affecting the above described property, as set forth on the attached mortgage certificate, to-wit:

None, other than the State of Louisiana Department of Revenue, which debt represented by that lien was paid but the lien was not canceled. To the extent any amount is claimed by that entity it will be paid from the funds in the estate."

2.

All other terms of the Motion remain as filed except as herein modified.

**WHEREFORE, THE TRUSTEE PRAYS THAT**, after due proceedings, judgment be entered:

(a.) authorizing the sale of the described property at public auction, to the last and highest bidder, and
(b.) authorizing the sale on the terms set forth above, as being in the best interest of the estate, and

(c.) declaring the order to be a final order and implemented forthwith in accordance with the provisions of Federal Rule of Bankruptcy Procedure 6004,

(d.) declaring the sale to be free of any claims or liens, with the liens to attach to the sales proceeds, and

(e.) authorizing the payment of auctioneer's fee and costs, as well as payment of the estate's share of the usual and customary expenses of the sale, without further order of court.

**LAW OFFICE OF,**

**/S/ THOMAS R. WILLSON**
**THOMAS R. WILLSON (#13546)**
**Attorney for Trustee**
**1330 Jackson Street**
**Alexandria, Louisiana 71301**
**Telephone: 318.442.8658**
**Telecopier: 318.442.9637**
**Email:rocky@rockywillsonlaw.com**

## **CERTIFICATE OF SERVICE**

I hereby certify that the Amendment to the Motion to Sell has been provided to Abigail Ryan, Assistant Attorney General, via email to Abigail.Ryan@oag.texas.gov and Barbara J. Watson, Senior Attorney Texas Commission on Environmental Quality via email to Peggy.Louder@tceq.texas.gov on the 22nd day of October, 2019.

**/S/ THOMAS R. WILLSON**
**THOMAS R. WILLSON**